**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**United States of America**

    **v.**                                      **2:22-cr-74**

**Antionette Collins**

### ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the magistrate judge (ECF No. 11) that Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Counts 1 and 2 of the Information, and she is hereby adjudged guilty on those counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: July 14, 2022                               s\James L. Graham
                                                     James L. Graham
                                                     United States District Judge